Prob 49

RECEIVED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

FILED BY CLERK OF COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Esley Andre Reid

Docket No. 0:00CR00109-001

## HEARING WAIVER

I, Esley Andre Reid, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

Signed: Esley Reid
Esley Andre Reid

Witness:

Dated: 05/06/2008

SCANNED
MAY 15 2008
U.S. DISTRICT COURT MPLS