Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Esley Andre Reid

Docket No. 0:00CR00109-001

RECEIVED
SEP 18 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## HEARING WAIVER

I, Esley Andre Reid, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform16 hours of community service, as approved by the probation officer.

Signed: [signature]
Esley Andre Reid

Witness: [signature]

Dated: 09/12/2008

SCANNED
SEP 18 2008
U.S. DISTRICT COURT MPLS